UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                                Case No. 08-cr-164-03-SM

James Bell,
    Defendant

O R D E R

The Government's motion to continue the trial is granted (document no. 31). Trial has been rescheduled for the month of January 2010. Defendant Bell has filed a waiver of speedy trial rights.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for January 13, 2010 at 2:00 p.m.

Jury selection will take place on January 20, 2010 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                        Chief Judge

October 19, 2009

cc:    Daniel D. Lustenberger, Esq.
        Jeffrey S. Levin, Esq.
        Todd F. Braunstein, SAUSA
        U.S. Marshal
        U.S. Probation